CHURCH OF JESUS CHRIST AT ARMAGEDDON, ET AL,
*Appellants*, v. DANIEL GRUENER, ET AL,
*Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 90-2-04294-4, Leroy McCullough, Richard M.
Ishikawa, and Lloyd W. Bever, JJ., entered May 6 and June
13, 1991. *Affirmed in part* and *reversed in part* by unpub-

lished opinion per Pekelis, A.C.J., concurred in by Scholfield and Agid, JJ.